JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Wood Products, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Euler Hermes American Credit Indemnity Company, <br><br> Defendant(s). | SACV 09-01015-JVS(MLGx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED:   February 10, 2011

                                               James V. Selna <br>
                                               United States District Judge